UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

      v.     Civil No. 12-cv-448-SM

Charles Hamilton, et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibits attached to the Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                                /s/ Landya B. McCafferty
                                               Landya B. McCafferty
                                               United States Magistrate Judge

Date:   November 26, 2012

cc:     Josephine Amatucci