UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

       v.                              Civil No. 12-cv-448-SM

<u>Robert Varney</u>

<u>O R D E R</u>

After due consideration of the objection (doc. nos 17 and 19) filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 21, 2013. Amatucci's motion to amend (doc. no. 5) is granted; her motion to take notice (doc. no. 13) is granted. Amatucci's remaining three motions (doc. nos. 6, 9, and 10) are all be denied as moot. The complaint is dismissed with prejudice.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: August 2, 2013

cc: Josephine Amatucci
    Nancy J. Smith, Esq.